IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TROY BAGBY PRESSLEY, | : | |
| --- | --- | --- |
| Plaintiff, | : | Civil Action No. |
| v. | : | |
| | : | 10-CV-3270 |
| REGINALD FORREST, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of October 2013, **IT IS HEREBY ORDERED**:

1.) Defendants' Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**

   a.) The motion is **GRANTED** insofar as it seeks summary judgment on plaintiff's IIED claims.

   b.) The motion is **DENIED** insofar as it seeks summary judgment on the grounds of failure to prosecute.

2.) The parties are **DIRECTED** to **MEET AND CONFER IN GOOD FAITH** regarding a date to conduct plaintiff's deposition.

**BY THE COURT:**

/s/ C. Darnell Jones, II

**C. DARNELL JONES, II   J.**